O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUAN CARLOS AQUINO, | ) | CASE NO. CV 11-05510 R (RZ) |
|---|---|---|
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| MATTHEW CATE, | ) ) | |
| Respondent. | ) ) ) | |

This matter came before the Court on the Petition of JUAN CARLOS AQUINO, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 18, 2012

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE